UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANK ALEXANDER,

    Petitioner,

v.

DON HULICK and ATTORNEY
GENERAL OF THE STATE OF ILLINOIS,

    Respondents.

Case No. 05-cv-708-JPG

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Frank Alexandre's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is denied, that judgment is entered in favor of respondent Don Hulick and against petitioner Frank Alexander, and that this case is dismissed with prejudice..

**DATED:** August 11, 2008

NORBERT JAWORSKI

By:s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**